**Order entered January 22, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01282-CR

**ELIZABETH RAMSEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-53926-I**

## ORDER

The Court **REINSTATES** the appeal.

On January 20, 2015, we granted the motion of Lori Ordiway to withdraw as counsel and ordered the trial court to appoint new counsel to represent appellant. We have received the trial court's order appointing Lawrence Mitchell as appellant's attorney.

We **DIRECT** the Clerk to add Lawrence Mitchell as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lawrence Mitchell and to the Dallas County District Attorney's Office.

/s/     ADA BROWN
JUSTICE